5050-0073/ryf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

WILLIAM PAGAN,

                                Plaintiff,

     -against-

COUNTY OF DUTCHESS, THE COUNTY OF DUTCHESS
DEPARTMENT OF PUBLIC WORKS, ROBERT BALKIND,
individually and in his capacity as COMMISSIONER OF
DUTCHESS COUNTY DEPARTMENT OF PUBLIC
WORKS, GARY COOPER, individually and in his capacity as
DIRECTOR OF DUTCHESS COUNTY HIGHWAY
CONSTRUCTION AND MAINTENANCE DIVISION PAUL
ZONNENBERG, individually and in his capacity as
ASSISTANT DIRECTOR OF DUTCHESS COUNTY
HIGHWAY CONSTRUCTION AND MAINTENANCE
DIVISION, JOHN  SACKOWITZ, individually and in his
capacity as DUTCHESS COUNTY ROAD MAINTENANCE
SUPERVISOR, and JACK "DOE", last name presently
unknown, individually and in his capacity as SUPERVISOR, at
the DUTCHESS COUNTY HIGHWAY DEPARTMENT,

                                Defendants
-----------------------------------------------------------------------x

**PETITION FOR
REMOVAL**

Case No:

*Jury Trial Demanded*

**TO:**    Gunilla Perez-Faringer, Esq.
        ***Attorney for Plaintiff***
        34 South Broadway, Suite 605
        White Plains, NY 10601

    **PLEASE TAKE NOTICE**, that on February 27, 2018, Defendants in the above-

entitled action, by and through their counsel, McCabe & Mack LLP, filed a Notice of

Removal, a copy of which is enclosed, of the above-entitled action to accomplish the removal

of the action pending in the Supreme Court of the State of New York, Dutchess County, to the

United States District Court for the Southern District of New York.  Defendants have also

filed a Notice of Filing of Notice of Removal with the Clerk of Dutchess County Supreme

Court, State of New York, to effect removal pursuant to 28 U.S.C. 1446(c), a copy of which

5050-0073/ryf

has been served upon you via eFile.  Under 28 U.S.C. §§1441, 1446 and F.R.C.P. Rule 81(c),

this action now will be placed on the docket of the District Court for further proceedings.

DATED:    Poughkeepsie, New York
          February 27, 2018

                                        Yours, etc.

                                        McCABE & MACK LLP

                                        By:   _____

                                            DAVID L. POSNER (0310)
                                        Attorneys for Defendants
                                        63 Washington Street
                                        P.O. Box 509
                                        Poughkeepsie, NY  12602-0509
                                        Tel:  (845) 486-6800

TO:    Gunilla Perez-Faringer, Esq.
       Attorney for Plaintiff
       34 South Broadway, Suite 605
       White Plains, NY 10601